UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-00169 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| [1] WESLEY OLAN LANDERS | ) | |

## UNITED STATES' MOTION
## TO DISMISS AS TO WESLEY LANDERS

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the Information as to Defendant Wesley Olan Landers. Defendant Landers died on or about September 30, 2024, and there is no federal interest in continuing the case as to him.

Respectfully submitted,

THOMAS JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred by 28 U.S.C. § 515

By:

*/s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant U.S. Attorney
719 Church Street, Ste. 3300
Nashville, TN 37203
(615) 736-5151
taylor.phillips@usdoj.gov