UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cr-00169 |
| | ) | JUDGE RICHARDSON |
| [1] WESLEY OLAN LANDERS | ) | |

## **ORDER**

The Government's Motion to Dismiss as to Wesley Landers (Doc. No. 12) is GRANTED, on the grounds that Defendant Landers has passed away.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE